No. 18. MOLLFULLEDA ET AL., PLAINTIFFS, *v.* ROSSY, DEFEND-
ANT.—Petition that this court approve the statement of the
case.    Decided November 5, 1913.    Petition denied because
it does not meet the requirements of section 218 of the Code
of Civil Procedure and rule 64 of this court.    The petitioner
appeared *pro se*.    The defendant did not appear.

---

No. 631. THE PEOPLE, RESPONDENT, *v.* DÁVILA, APPEL-
LANT.—Appeal from the District Court of San Juan, Section
2.    Decided November 6, 1913.    Judgment appealed from af-
firmed.    *Mr. Charles E. Foote, fiscal,* for The People.    The
appellant did not appear.

---

No. 1047. SERRA, PLAINTIFF AND RESPONDENT, *v.* SERRA, DE-
FENDANT AND APPELLANT.—Appeal from the District Court of
Ponce.    Motion of appellant to withdraw the appeal.    De-
cided November 7, 1913.    Motion sustained.    *Mr. José Tous
Soto* for respondent.    *Mr. Francisco Parra* for appellant.

---

No. 636. THE PEOPLE, RESPONDENT, *v.* PADILLA, APPEL-
LANT.—Appeal from the District Court of Mayagüez.    De-
cided November 7, 1913.    Judgment appealed from affirmed.
*Mr. Charles E. Foote, fiscal,* for The People.    The appellant
did not appear.

---

No. 638. THE PEOPLE, RESPONDENT, *v.* ACEVEDO, APPEL-
LANT.—Appeal from the District Court of Mayagüez.    De-
cided November 7, 1913.    Judgment appealed from affirmed.
*Mr. Charles E. Foote, fiscal,* for The People.    The appellant
did not appear.